# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **October 22, 2019** |
| **TIME:** | **3: 30 p.m.** |
| **DOCKET NUMBER(S):** | **CV 19-3571 (FB)** |
| **NAME OF CASE(S):** | **Luyando v. Pay-O-Matic Check Cashing Corp. et al** |
| **FOR PLAINTIFF(S):** | **Weisenberg** |
| **FOR DEFENDANT(S):** | **Luyando, Kozak, Burker, and Shinder** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **N/A** |

**TELEPHONE CONFERENCE RULINGS:**

Lee and Seeling for Buchanan, plaintiff in related action 18cv885.

By October 29, 2019, the parties in the two Luyando actions, 19cv3571 and 19cv3578, will file a stipulation dismissing 3578 without prejudice to pursuing the claims asserted therein in 3571.

Counsel are encouraged to submit a letter to the Court if they agree that a settlement conference might be productive.