UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CARMEN LUYANDO,

                          Plaintiff,

       -against-

PAY-O-MATIC CHECK CASHING CORP.,
PAY-O-MATIC CORP. and JOHN and
JANE DOES 1-100,

                       Defendants.
-----------------------------------------------------------------------x

Case No.: 19-cv-03571-JRC

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Carmen Luyando ("Plaintiff") and Defendants Pay-O-Matic Check Cashing Corp. and Pay-O-Matic Corp. ("Defendants") (together, "the Parties"), that the Parties' FAIR LABOR STANDARDS ACT SETTLEMENT AND RELEASE AGREEMENT ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendants by the Court.

*Attorneys for Plaintiff*
    THE OTTINGER FIRM, P.C.
    401 Park Avenue South
    New York, NY 10016
    Tele. (646) 430-7930

By:   /s/ Finn Dusenbery_____
       Finn Dusenbery
       finn@ottingerlaw.com
       Robert W. Ottinger
       robert@ottingerlaw.com

Dated: November 16, 2021__

*Attorneys for Defendants*
    JACKSON LEWIS P.C.
    44 South Broadway, 14th Floor
    White Plains, N.Y. 10601
    Tele. (914) 872-8060

By:   /s/ Jonathan M. Kozak
       Jonathan M. Kozak
       jonathan.kozak@jacksonlewis.com

Dated: November 12, 2021

SO ORDERED this __ day of _____, 2021

_____
Hon. James R. Cho
United States Magistrate Judge